PER CURIAM.
Affirmed. See Washington v. State, 432 So.2d 44 (Fla.1983); Middleton v. State, 426 So.2d 548 (Fla.1982), cert. denied, 463 U.S. 1230, 103 S.Ct. 3573, 77 L.Ed.2d 1413 (1983); Buford v. State, 403 So.2d 943 (Fla.1981), cert. denied, 454 U.S. 1163, 102 S.Ct. 1037, 71 L.Ed.2d 319, cert. denied, 454 U.S. 1164, 102 S.Ct. 1039, 71 L.Ed.2d 320 (1982); Wooten v. State, 104 Fla. 597, 140 So. 474 (1932).